Garland, Appellant, v. Gordon.

Argued December 3, 1928. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

*W. A. Griffith*, of *Griffith, Truxall & Pruger*, for appellant.

*George H. Calvert*, of *Calvert, Thompson & Berger* and *Robert J. Dodds*, of *Reed, Smith, Shaw & McClay*, for appellee, were not heard.

PER CURIAM, January 7, 1929:

In its opinion granting a new trial, the court below stated: "We have reviewed and carefully considered all evidence and are of opinion that a just disposition of the case requires that it be retried." In Fertax Co. v. Spiegelman, 292 Pa. 139, 140, we very recently said that, where a trial court states in its opinion that "the interests of right and justice require that the case shall be retried......we do not interfere on appeal"; that authority rules this case.

The order appealed from is affirmed.